CAUSE NO. D-1-GN-24-003659

| | | |
|---|---|---|
| EDITH OKECHUKWU OMIETIMI | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 419th JUDICIAL DISTRICT |
| | § | |
| TEXAS BOARD OF NURSING | § | OF TRAVIS COUNTY, TEXAS |

**FILED IN**
**15th COURT OF APPEALS**
**AUSTIN, TEXAS**
**APR 2 8 2025**
CHRISTOPHER A. PRINE
CLERK

## ORDER FOR RELEASE OF ADMINISTRATIVE RECORD

On February 19th, 2025, the Honorable Maya Guerra Gamble, Judge of the 459th Judicial District Court, issued a Final Judgment in the above captioned matter, affirming the Final Order of the Texas Board of Nursing issued April 18th, 2024 revoking the nursing license of plaintiff Edith Okechukwu Omietimi. Plaintiff has timely filed a notice of appeal, and this matter is now on appeal in the Fifteenth Court of Appeals in Austin.

**IT IS THEREFORE ORDERED** that the administrative record prepared by the Texas Board of Nursing and filed in this court as part of the plaintiff's Petition for Judicial Review shall be released to the Fifteenth Court of Appeals in Austin as part of the Clerk's Record.

SIGNED on ___April 21, 2025___ .

_____
JUDGE PRESIDING

MAYA GUERRA GAMBLE
459th DISTRICT COURT

**PREPARED BY**

Law Office of Marc Meyer, PLLC

_Marc M Meyer_
Marc Meyer
Attorney for Edith Okechukwu Omietimi
Bar No: 24070266
2300 Woodforest Pkwy N STE 600
Montgomery, TX 77316
Office Phone: (281) 259-7575
Email: marc@marcmeyerlawfirm.com